G4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

NOV 25 2019 AC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JOSE LANDA _____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

CCDOC mail Department

_____

_____

_____

1:19-cv-07771
Judge John J. Tharp, Jr
Magistrate Sheila M. Finnegan
PC 6

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Jose Landa

B. List all aliases: _____

C. Prisoner identification number: 20191117615

D. Place of present confinement: CCDOC

E. Address: 2650 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: CCDOC mail department

Title: _____

Place of Employment: CCDOC

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _Jose Luis LANDA v. CCDoC_

B. Approximate date of filing lawsuit: _October 8, 2019_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Jose Luis LANDA_

D. List all defendants: _CCDoC_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _219 S. Dearborn_

F. Name of judge to whom case was assigned: _John J. Tharp Jr._

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending_

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The CCDOC Mail Department repeatedly opens my outgoing mail I have wrote a grievance to complain about it but to no avail I understand opening Incoming mail is a security measure but outgoing mail being opened is a federal offense.

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to Litigate this matter

VI.   The plaintiff demands that the case be tried by a jury.   ☐ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __11__ day of __November__, 20__19__

Jose LANDA
(Signature of plaintiff or plaintiffs)

Jose Landa
(Print name)

20181117015
(I.D. Number)

2650 S. California
(Address)